UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$50,060 IN UNITED STATES<br>CURRENCY SEIZED FROM<br>JONATHAN MATOS AT LOGAN<br>INTERNATIONAL AIRPORT,<br>EAST BOSTON, MA<br>ON MAY 27, 2009 | Civil Action No.: 11-CV-11484-JCB |

## ANSWER TO VERIFIED COMPLAINT

1. Intervenor admits the allegations of paragraph 1 of Plaintiff's Verified Complaint.

2. Intervenor admits the allegations of paragraph 2 of Plaintiff's Verified Complaint.

3. Intervenor denies any and all allegations made in Special Agent Peter A. Darling's affidavit concerning any violations or attempted violations of *18 USC §981(A)(1)(a)* concerning money laundering allegations or transactions of any money furnished or traceable to an exchange for a controlled substance.

## AFFIRMATIVE DEFENSES
### I. RES JUDICATA

The doctrine of res judicata bars the Plaintiff's action. The Plaintiff instituted a forfeiture action against Mr. Matos, the Intervenor in 2006. A jury trial was held on the criminal charges. A verdict was entered. The 2006 forfeiture action was valid, final and adjudicated on the merits. The doctrine of res judicata bars this action.

### II. ESTOPPEL

The Intervenor relied upon the adjudication of the 2006 Forfeiture claim to estop the Government from filing any further actions based upon the 2006 criminal complaint. As such, the government is barred from bringing this claim based upon the Intervenor's 2006 criminal conviction, as stated in Special Agent Darling's affidavit.

### III. ACCORD AND SATISFACTION

The Intervenor claims that this claim has already been satisfied by the adjudication and settlement of the 2006 civil forfeiture.

### INTERVENOR DEMANDS A JURY TRIAL.

DATE: 1/22/12

Respectfully submitted,
JONATHAN MATOS
By his attorney,

Richard F. Comenzo
719 Washington Street
Stoughton, MA 02072
(781) 344-0008
BBO# 561184

### CERTIFICATE OF SERVICE

I, Richard F. Comenzo, do hereby state and aver that on JANUARY 23, 2012 this ANSWER was served by HAND upon Assistant United States Attorney Mary B. Murrane, Asset Forfeiture Unit 1 Courthouse Way, Suite 9200, Boston, MA 02210.

DATE: 1/22/12

Richard F. Comenzo